# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN CLAYTON HARVEY,<br>         Plaintiff(s),<br>v.<br>TRACEY A. GLENNON,<br>         Defendant(s). | Case No. 2:24-cv-00963-GMN-NJK<br>**ORDER**<br>[Docket No. 8] |

Pending before the Court is Plaintiff's motion to effectuate service by alternative means. Docket No. 8. The motion does not identify any rule or other legal authority in support of the request. *See id.* Because the motion is not supported by points and authorities, it is hereby **DENIED** without prejudice pursuant to Local Rule 7-2(d).

IT IS SO ORDERED.

Dated: June 17, 2024

                                                                    _____
                                                                    Nancy J. Koppe
                                                                    United States Magistrate Judge

1