# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JOHN CLAYTON HARVEY,

    Plaintiff(s),

v.

TRACEY A. GLENNON,

    Defendant(s).

Case No. 2:24-cv-00963-GMN-NJK

**ORDER**

[Docket Nos. 19, 20]

Pending before the Court are Plaintiff's motions to effectuate service by alternative means. Docket Nos. 19, 20. The motions do not identify any rule or other legal authority in support of the request. *See id.* Plaintiff mentions Federal Rules of Civil Procedure 4.2 and 4.4; however, those rules do not exist. Because the motion is not supported by points and authorities, it is hereby **DENIED** without prejudice pursuant to Local Rule 7-2(d).

IT IS SO ORDERED.

Dated: September 9, 2024

                                                  Nancy J. Koppe
United States Magistrate Judge