UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN CLAYTON HARVEY,<br><br>            Plaintiff,<br>vs.<br><br>TRACEY A. GLENNON,<br><br>            Defendant. | Case No.: 2:24-cv-00963-GMN-NJK<br><br>**ORDER DENYING<br>MOTION TO TRANSFER** |

Plaintiff John Clayton Harvey filed a Motion to Transfer this case to the United States District Court for the District of Arizona. Defendant has not yet been served and thus has not filed a response.[1]

Plaintiff's motion consists of only one sentence requesting the transfer of venue to the District of Arizona. He fails to provide a rule, legal authority, or justification for this request. Local Rule 7-2(d) states that the "failure of a moving party to file points and authorities in support of the motion constitutes a consent to the denial of the motion."

Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Transfer, (ECF No. 22), is DENIED without prejudice.

**DATED** this   10   day of April, 2025.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

---

[1] Because Plaintiff filed his Complaint on 5/23/2024, and to date no proper proof of service has been filed, the Federal Rules of Civil Procedure Rule 4(m) dismissal deadline has been set for 5/10/2025.